JOSEPHINE TOMASELLI, Appellant, v. SUSAN MARTENS, Doing Business as MOUNT AIRY HOUSE, Respondent.— In an action to recover damages for personal injuries, the plaintiff appeals from an order granting the motion of the defendant, appearing specially, for an order vacating and setting aside the purported service of the summons and complaint. Order affirmed, with $10 costs and disbursements. The appellant was injured while a guest at respondent's resort hotel in Pennsylvania, allegedly as a result of the negligent maintenance of the hotel area. She became a guest there by making reservations through a New York City travel agency, which received a commission from respondent. Suit was instituted against the respondent, a Pennsylvania resident, by service upon another travel agent, pursuant to section 229-b of the Civil Practice Act. Appellant states no fact from which it could be found that the person served was " in charge " of respondent's business in this State (*Adams* v. *Davison,* 265 App. Div. 856; *Yeckes-Eichenbaum, Inc.,* v. *McCarthy,* 290 N. Y. 437; *Pine & Co.* v. *McConnell,* 273 App. Div. 218, 220, affd. 298 N. Y. 27), or that the cause of action arose out of business in which respondent was engaged within this State within the meaning of the statute. (*Peters* v. *Robin Airlines,* 281 App. Div. 903; *Interchemical Corp.* v. *Mirabelli,* 269 App. Div. 224; *Miller* v. *Swann,* 176 Misc. 607; *Yeckes-Eichenbaum, Inc.,* v. *McCarthy, supra.*) Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ., concur.

∎

ALFRED UNGER, JR., an Infant, by His Guardian ad Litem, ALFRED UNGER, SR., et al., Respondents, v. REPUBLIC BATTERY SALES CO., INC., et al., Appellants, et al., Defendants.— In an action to recover damages for personal injuries, order denying motion for resettlement of the case on appeal so as to reproduce therein as part of the printed record plaintiffs' Exhibit 2, consisting of the records of a city hospital, reversed, without costs, and motion granted, without costs. Because of the material nature of this exhibit in conjunction with the claim of excessiveness and of the substantial printed record and the comparatively small cost of the additional reproduction, the application should have been granted. Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ., concur.

∎

ELLEN F. WENNER et al., Respondents, v. CITY OF NEW YORK et al., Defendants, and RAMED REALTY CORP., Appellant.— In actions to recover damages for personal injuries sustained when plaintiff Ellen F. Wenner slipped and fell on ice formed by the freezing of melted snow on a sidewalk in front of premises of defendant Ramed Realty Corp., and by her husband for loss of services and for medical expenses, said defendant appeals from so much of the judgment as is in favor of the plaintiffs. Judgment, insofar as appealed from, unanimously affirmed, with costs. (*Zahn* v. *City of New York,* 299 N. Y. 581; *Kraas* v. *Stiles,* 277 App. Div. 884; *Buchler* v. *Horn,* 278 App. Div. 777.) Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.